HARRY VAN ARSDALE, BY NEXT FRIEND ET AL., PLAINTIFF, v. LAURA OSBORN AND FLOYD OSBORN, DEFENDANTS.

Submitted May 16, 1930—Decided November 17, 1930.

Before Justices PARKER, CAMPBELL and BODINE.

For the rule, *John J. Quinn* and *Theodore D. Parsons.*

*Contra, William Hartshorne.*

PER CURIAM.

Plaintiff Harry Van Arsdale was injured while riding in a motor car of the defendants. His injury was the fracture of three processes of the vertebrae. He was in a plaster cast from the time of the accident, August 16th, 1928, until the

latter part of October of the same year, and at the time of the trial, March 8th, 1930, was still incapacitated and it appears fairly certain that to have a recovery that will permit him to work he will have to undergo a serious operation. He has a verdict for $1,050.

His father, the other plaintiff, had expended or obligated himself to expend, up to the time of trial $504.25 in seeking to effect a cure of the son's injuries. The further operation, said to be necessary, will cost $500. From the time of the happening for a period of at least six months the father lost the value of the son's services in his business and since that time has had them only to a limited degree. The father's verdict is $750.

We are asked to set these verdicts aside as being inadequate. We are satisfied that they are inadequate and therefore the rule will be made absolute and a *venire de novo* issue as to the damages only.